

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2014

No. 04-14-00003-CV

**IN THE INTEREST OF C.C., CHILDREN**,

From the 198th Judicial District Court, Kimble County, Texas
Trial Court No. DCV-2012-1292
Susan Hern, Judge Presiding

# O R D E R

The clerk's record was originally due on February 3, 2014. On January 31, 2014, the trial court clerk filed a Notification of Late Record, stating the clerk's record would not be filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court <u>no later than February 14, 2014</u> that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court